# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re: § 
§ 
WORLD CNG LLC, § Case No. 15-15312
§ 
Debtor § 

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN S. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,256,070.72 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 112,552.27 | Claims Discharged Without Payment: 23,657,718.46 |
| Total Expenses of Administration: 65,939.35 | |

3) Total gross receipts of $ 178,491.62 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 178,491.62 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 22,172,500.00 | $ 115,555.32 | $ 115,555.32 | $ 18,460.66 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 65,939.35 | 65,939.35 | 65,939.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 84.12 | 1,815.45 | 925.00 | 925.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,234,396.25 | 23,859,885.18 | 23,637,616.77 | 93,166.61 |
| **TOTAL DISBURSEMENTS** | $ 23,406,980.37 | $ 24,043,195.30 | $ 23,820,036.44 | $ 178,491.62 |

4) This case was originally filed under chapter 7 on 09/01/2015 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __10/10/2019_____ By:/s/JOHN S. PETERSON_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 33,850.00 |
| UMPQUA CHECKING 936 | 1129-000 | 6,616.62 |
| 2010 FORD F-150 | 1129-000 | 5,000.00 |
| FUNDS HELD BY DEBTOR'S ATTORNEY | 1229-000 | 54,700.00 |
| POST PETITION TRANSFER NEXT LEVERL | 1241-000 | 3,825.00 |
| FUNDS RECOVERED FROM DEBTOR ATTORNEY | 1241-000 | 20,000.00 |
| TRANSFER ACTIONS | 1241-000 | 54,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$178,491.62** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | Core Business Bank dba Puget Sound Bank 10500 NE 8th Street Bellevue, WA 98004 | | 27,000.00 | NA | NA | 0.00 |
| | Core Business Bank dba Puget Sound Bank 10500 NE 8th Street Bellevue, WA 98004 | | 8,000.00 | NA | NA | 0.00 |
| 02 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 6,387.66 | 6,387.66 | 6,598.97 |
| 03 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | NA | 6,387.66 | 6,387.66 | 0.00 |
| | PUGET SOUND BANK | 4210-000 | NA | 2,780.00 | 2,780.00 | 2,780.00 |
| 10A | UNION BAY CAPITAL PARTNERS I | 4210-000 | 22,137,500.00 | 100,000.00 | 100,000.00 | 9,081.69 |
| **TOTAL SECURED CLAIMS** | | | **$ 22,172,500.00** | **$ 115,555.32** | **$ 115,555.32** | **$ 18,460.66** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOHN S. PETERSON | 2100-000 | NA | 12,174.58 | 12,174.58 | 12,174.58 |
| TRUSTEE EXPENSES:JOHN S. PETERSON | 2200-000 | NA | 347.79 | 347.79 | 347.79 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 92.56 | 92.56 | 92.56 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 53.45 | 53.45 | 53.45 |
| UNION BANK | 2600-000 | NA | 2,979.63 | 2,979.63 | 2,979.63 |
| CLERK | 2700-000 | NA | 1,050.00 | 1,050.00 | 1,050.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ALAN WENOKUR | 3210-000 | NA | 41,293.00 | 41,293.00 | 41,293.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ALAN WENOKUR | 3220-000 | NA | 375.99 | 375.99 | 375.99 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):QUACKENBUSHCOGAR | 3410-000 | NA | 4,675.00 | 4,675.00 | 4,675.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):QUACKENBUSHCOGAR | 3420-000 | NA | 64.29 | 64.29 | 64.29 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:JAMES G. MURPHY | 3620-000 | NA | 224.31 | 224.31 | 224.31 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:JAMES J. MURPHY | 3620-000 | NA | 1,773.75 | 1,773.75 | 1,773.75 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:RJM | 3620-000 | NA | 835.00 | 835.00 | 835.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 65,939.35 | $ 65,939.35 | $ 65,939.35 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington State Department of Labor and Industries 616 120th Ave. NE #C201 Bellevue, WA 98005 | | 47.49 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | KING COUNTY TREASURY OPERATIONS | 5800-000 | 0.00 | 890.45 | 0.00 | 0.00 |
| 07 | WA DEPARTMENT OF REVENUE | 5800-000 | 36.63 | 925.00 | 925.00 | 925.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 84.12 | $ 1,815.45 | $ 925.00 | $ 925.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3M 3M Center Saint Paul, MN 55144 | | 30,600.00 | NA | NA | 0.00 |
| | A-1 Pallets, Inc. 7752 S. 259th Street Kent, WA 98032 | | 355.88 | NA | NA | 0.00 |
| | ABS Towing, Inc. 1230 Central S. Kent, WA 98032 | | 739.13 | NA | NA | 0.00 |
| | AFV, LLC 1333 Highland Rd Twinsburg, OH 44087-2200 | | 16,135.00 | NA | NA | 0.00 |
| | ALLDATA PO Box 848379 Dallas, TX 75284-8379 | | 398.00 | NA | NA | 0.00 |
| | Acrylic Display PO Box 1744 Auburn, WA 98071 | | 497.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Machining Services 20690 Carmen Loop #100 Bend, OR 97702 | | 962.50 | NA | NA | 0.00 |
| | American Express Bank, FSB c/o Zwicker & Associates, P.C. 10824 SE Oak PMB 401 Portland, OR 97222 | | 0.00 | NA | NA | 0.00 |
| | Arthur Sternberg 701 Greenview Ave. Des Plaines, IL 60016 | | 109.00 | NA | NA | 0.00 |
| | Buyken Metal Products 1216 4th Ave. N. Kent, WA 98032 | | 6,716.88 | NA | NA | 0.00 |
| | Canimco, Ltd. 37721 West Los Cocos Drive Rancho Mirage, CA 92270 | | 3,048.00 | NA | NA | 0.00 |
| | Caspers Electronics 5840 Byrd Drive Loveland, CO 80538 | | 2,117.50 | NA | NA | 0.00 |
| | Cintas Corp. #22 PO Box 630921 Cincinnati, OH 45263 | | 744.76 | NA | NA | 0.00 |
| | City of Auburn PO Box 34599 Seattle, WA 98124-1599 | | 309.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clean Energy PO Box 515444 Los Angeles, CA 90051 | | 690.58 | NA | NA | 0.00 |
| | Columbia Pacific Advisors, LLC 1910 Fairview Ave. E. #200 Seattle, WA 98102 | | 0.00 | NA | NA | 0.00 |
| | Crystal Springs PO Box 660579 Dallas, TX 75266-0579 | | 289.59 | NA | NA | 0.00 |
| | Eisenhower and Carlson 601 Union Street Suite 4200 Seattle, WA 98101 | | 0.00 | NA | NA | 0.00 |
| | Engineered Controls Int'l, LLC PO Box 751379 Charlotte, NC 28275 | | 2,040.00 | NA | NA | 0.00 |
| | Environmental Control 11121 SE Kent-Kangley Road Kent, WA 98030 | | 1,254.47 | NA | NA | 0.00 |
| | FedEx PO Box 94515 Palatine, IL 60094-4515 | | 2,258.00 | NA | NA | 0.00 |
| | Foster Pepper, PLLC 1111 3rd Ave. Seattle, WA 98101-3299 | | 0.00 | NA | NA | 0.00 |
| | Home Depot PO Box 183175 Columbus, OH 43218 | | 3.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hypertech 3215 Appling Road Memphis, TN 38133-3999 | | 5,000.00 | NA | NA | 0.00 |
| | IMPCO Technologies Canada 100 Hollinger Crescent Kitchen Ontario, Canada N2K273 | | 242.50 | NA | NA | 0.00 |
| | Ice Mountain Direct PO Box 856680 Louisville, KY 40285 | | 42.70 | NA | NA | 0.00 |
| | International Leasing, Co. PO Box 84764 Seattle, WA 98124 | | 430.80 | NA | NA | 0.00 |
| | JSL International 3016 N. Carr Street #402 Tacoma, WA 98403 | | 25,736.00 | NA | NA | 0.00 |
| | Lowe's PO Box 530970 Atlanta, GA 30353-0970 | | 45.92 | NA | NA | 0.00 |
| | NWH, LLC 622 E NW Hwy Deerfield, IL 60015 | | 6,596.47 | NA | NA | 0.00 |
| | Puget Sound Clean Air Agency 1904 Third Ave. Suite 105 Seattle, WA 98101 | | 500.00 | NA | NA | 0.00 |
| | Puget Sound Energy PO Box 91269 BOT-01H Bellevue, WA 98009 | | 757.23 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Service Business Equipment PO Box 1262 Kent, WA 98035 | | 1,073.00 | NA | NA | 0.00 |
| | Sound Benefit Administration 18887 State Hwy 305 #600 Poulsbo, WA 98370 | | 31.50 | NA | NA | 0.00 |
| | Swagelok NW PO Box 14160 Portland, OR 97293 | | 458.94 | NA | NA | 0.00 |
| | UPS 28013 Network Place Chicago, IL 60673 | | 99.11 | NA | NA | 0.00 |
| | Uline PO Box 88741 Chicago, IL 60680-1741 | | 2,287.45 | NA | NA | 0.00 |
| | UniFirst Corporation 1025 N. Levee Rd. Puyallup, WA 98371 | | 318.15 | NA | NA | 0.00 |
| | WAIA Health Trust PO Box 6 Mukilteo, WA 98275 | | 250.00 | NA | NA | 0.00 |
| | Waste Management PO Box 541008 Los Angeles, CA 90054 | | 947.04 | NA | NA | 0.00 |
| 09 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 266,804.00 | 266,803.66 | 266,803.66 | 1,052.30 |
| 01 | CLEAN ENERGY FINANCE | 7100-000 | 336,000.00 | 336,320.00 | 336,320.00 | 1,326.47 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 05 | COMPOSITE FUNDING GROUP LLC | 7100-000 | 306,537.00 | 766,369.00 | 766,369.00 | 3,022.62 |
| 10B | PEDER A. SCHMITZ | 7100-000 | NA | 22,137,500.00 | 21,918,011.59 | 86,446.38 |
| 06 | THOMAS S. DOOLEY | 7100-000 | 138,000.00 | 222,593.46 | 222,593.46 | 877.92 |
| 04 | ALTECH-ECO INC. | 7100-001 | 23,520.00 | 23,520.00 | 23,520.00 | 92.76 |
| 12 | ILJIN COMPOSITES CO., LTD. | 7100-001 | 16,080.00 | 26,800.00 | 26,800.00 | 105.70 |
| 13 | PUGET SOUND BANK | 7100-001 | NA | 30,856.74 | 28,076.74 | 110.74 |
| 14 | VALLEY FREEWAY CORPORATE PARK LLC | 7100-001 | 33,339.44 | 33,339.44 | 33,339.44 | 131.49 |
| 08 | WASHINGTON STATE DEPARTMENT OF LABO | 7100-001 | 30.00 | 60.00 | 60.00 | 0.23 |
| 15 | ITT ENIDINE INC. | 7200-000 | NA | 6,716.88 | 6,716.88 | 0.00 |
| 16 | LIBERTY MUTUAL INSURANCE | 7200-000 | NA | 9,006.00 | 9,006.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,234,396.25 | $ 23,859,885.18 | $ 23,637,616.77 | $ 93,166.61 |

| Case No: | 15-15312 | TWD | Judge: Tim W. Dore | | Trustee Name: | JOHN S. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | WORLD CNG LLC, | | | | Date Filed (f) or Converted (c): | 09/01/15 (f) |
| | | | | | 341(a) Meeting Date: | 10/01/15 |
| For Period Ending: 10/10/19 | | | | | Claims Bar Date: | 01/11/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. UMPQUA CHECKING 004 collateral of Union Bay | 1,944.28 | 0.00 | | 0.00 | FA |
| 2. UMPQUA CHECKING 160 collateral of Union Bay | 100.00 | 0.00 | | 0.00 | FA |
| 3. UMPQUA CHECKING 202 collateral of Union Bay | 15.00 | 0.00 | | 0.00 | FA |
| 4. UMPQUA CHECKING 936 collateral of Union Bay | 11,860.75 | 0.00 | | 6,616.62 | FA |
| 5. UMPQUA SAVINGS collateral of Union Bay | 17.23 | 0.00 | | 0.00 | FA |
| 6. WORLD CNG LAS VEGAS | 0.00 | 0.00 | | 0.00 | FA |
| 7. WORLD CNG CHICAGO | 0.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE collateral of Union Bay | 159,468.02 | 0.00 | | 0.00 | FA |
| 9. 2010 CHEV IMPALA | 19,600.00 | 0.00 | | 6,000.00 | FA |
| 10. 2011 FORD ESCAPE | 22,439.00 | 0.00 | | 3,000.00 | FA |
| 11. 2010 CHEV SILVERADO collateral of Ally-relief from stay granted | 9,000.00 | 0.00 | | 0.00 | FA |
| 12. 2011 DODGE CARAVAN collateral of Ally  relief from stay granted | 8,500.00 | 0.00 | | 0.00 | FA |
| 13. 2013 FORD ESCAPE | 21,144.99 | 0.00 | | 12,500.00 | FA |
| 14. 2013 FORD ESCAPE ENDING 4448 union bay collateral-in Michigan | 21,144.99 | 0.00 | | 0.00 | FA |
| 15. 2009 CHEV IMPALA | 7,300.00 | 0.00 | | 2,000.00 | FA |
| 16. POST PETITION TRANSFER NEXT LEVERL (u) | 0.00 | 3,825.00 | | 3,825.00 | FA |
| 17. 2010 FORD F-150 | 22,500.00 | 0.00 | | 5,000.00 | FA |

LFORM1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    15-15312    TWD   Judge: Tim W. Dore

Case Name:    WORLD CNG LLC,

Trustee Name:    JOHN S. PETERSON

Date Filed (f) or Converted (c):   09/01/15 (f)

341(a) Meeting Date:   10/01/15

Claims Bar Date:   01/11/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 2012 DODGE CARAVAN | 14,345.00 | 0.00 | | 2,700.00 | FA |
| 19. 2012 FORD ESCAPE | 14,750.00 | 0.00 | | 3,900.00 | FA |
|    union bay collateral | | | | | |
| 20. 2012 FORD ESCAPE ENDING 7890 | 14,750.00 | 0.00 | | 0.00 | FA |
|    union bay collateral | | | | | |
| 21. 1999 BMW | 5,200.00 | 0.00 | | 3,750.00 | FA |
| 22. MACHINERY AND SUPPLIES | 336,005.81 | 0.00 | | 0.00 | FA |
|    union bay collateral | | | | | |
| 23. INVENTORY | 705,125.39 | 0.00 | | 0.00 | FA |
|    union bay collateral | | | | | |
| 24. FUNDS HELD BY DEBTOR'S ATTORNEY (u) | 0.00 | 54,700.00 | | 54,700.00 | FA |
| 25. FUNDS RECOVERED FROM DEBTOR ATTORNEY (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 26. TRANSFER ACTIONS (u) | 0.00 | 10,000.00 | | 54,500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,395,210.46      $88,525.00       $178,491.62      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Attorney Alan Wenokur hired for estate.  Financial affairs of debtor thoroughly investigated by Trustee and major

creditor.  All liquidation is complete at this time.

Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 12/31/18

Case No: 15-15312 -TWD
Case Name: WORLD CNG LLC,

Taxpayer ID No: *******1432
For Period Ending: 10/10/19

Trustee Name: JOHN S. PETERSON
Bank Name: UNION BANK
Account Number / CD #: *******7438  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 59,128,572.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/15 | 16 | NextLevel | | 1241-000 | 3,825.00 | | 3,825.00 |
| 01/06/16 | 24 | BTA LAW GROUP | FUNDS RECOVERED FROM DEBTOR'S ATTY | 1229-000 | 54,700.00 | | 58,525.00 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 71.05 | 58,453.95 |
| 02/29/16 | * NOTE * | JAMES MURPHY | SALE OF VEHICLES | | 15,872.97 | | 74,326.92 |
| | | | * NOTE *  Properties 9, 10, 13, 15, 21 | | | | |
| | | JAMES MURPHY | Memo Amount:          27,250.00 | 1129-000 | | | |
| | | | SALE OF VEHICLES | | | | |
| | | JAMES J. MURPHY | Memo Amount:      (      1,773.75 ) | 3620-000 | | | |
| | | | AUCTION EXCPENSES | | | | |
| | | JAMES G. MURPHY | Memo Amount:      (       224.31 ) | 3620-000 | | | |
| | | | CREDIT CARD DISCOUNT AUCTION EXP. | | | | |
| | | PUGET SOUND BANK | Memo Amount:      (      2,780.00 ) | 4210-000 | | | |
| | | | SECURED DEBT | | | | |
| | | FORD MOTOR CREDIT | Memo Amount:      (      6,598.97 ) | 4210-000 | | | |
| | | | SECUREDE MV DEBT | | | | |
| 03/11/16 | 25 | BANK OF AMERICA/BTA | | 1241-000 | 20,000.00 | | 94,326.92 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 81.13 | 94,245.79 |
| 03/29/16 | 17 | VERNONICA LIZARRAGA | | 1129-000 | 5,000.00 | | 99,245.79 |
| 04/22/16 | 040001 | International Sureties, LTD | bond payment | 2300-000 | | 39.02 | 99,206.77 |
| | | 701 Poydras, Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 126.12 | 99,080.65 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 142.32 | 98,938.33 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 146.81 | 98,791.52 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 141.89 | 98,649.63 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 146.38 | 98,503.25 |
| * 09/20/16 | 040002 | UNION BAY CAPITAL PARTNERS I, LLC | SECURED PORTION PER COURT ORDER 3/1/16 | 4210-003 | | 6,968.50 | 91,534.75 |
| | | C/O JACK CULLEN | | | | | |

Page Subtotals          99,397.97          7,863.22

Ver: 22.02b

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-15312 -TWD
Case Name: WORLD CNG LLC,

Taxpayer ID No: *******1432
For Period Ending: 10/10/19

Trustee Name: JOHN S. PETERSON
Bank Name: UNION BANK
Account Number / CD #: *******7438 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 59,128,572.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran. Code | 6 Deposits ($) | 7 Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| * 09/20/16 | 040002 | FOSTER PEPPER PLLC 1111 THIRD AVE, SUITE 3000 SEATTLE, WA 98101-3296 UNION BAY CAPITAL PARTNERS I, LLC C/O JACK CULLEN | VOID CHECK NEVER PRINTED OR SENT | 4210-003 | | -6,968.50 | 98,503.25 |
| 09/20/16 | 040003 | FOSTER PEPPER PLLC 1111 THIRD AVE, SUITE 3000 SEATTLE, WA 98101-3296 UNION BAY CAPITAL PARTNERS I, LLC C/O JACK CULLEN FOSTER PEPPER PLLC 1111 THIRD AVE., SUITE 3000 SEATTLE, WA 98101 | PER COURT ORDER OF 2/23/16 NOTE: AMOUNT OWED IN ORIGINAL MOTION REDUCED PER NEGOTIATION WITH CREDITOR | 4210-000 | | 6,199.19 | 92,304.06 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 146.17 | 92,157.89 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 141.26 | 92,016.63 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 140.41 | 91,876.22 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 131.95 | 91,744.27 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 136.15 | 91,608.12 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 136.31 | 91,471.81 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 122.97 | 91,348.84 |
| 04/04/17 | 040004 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BLANKET BOND PAYMENT BOND # 016027975 | 2300-000 | | 53.45 | 91,295.39 |
| 04/11/17 | 040005 | ALAN WENOKUR WENOKUR RIORDAN PLLC 600 STEWART ST. SUITE 1300 SEATTLE, WA 98101 | ATTORNEY FEES/COSTS | | | 25,124.41 | 66,170.98 |
| | | | Fees 24,843.00 | 3210-000 | | | |

Page Subtotals: 0.00 | 25,363.77

Ver: 22.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-15312 -TWD
Case Name: WORLD CNG LLC,

Taxpayer ID No: *******1432
For Period Ending: 10/10/19

Trustee Name: JOHN S. PETERSON
Bank Name: UNION BANK
Account Number / CD #: *******7438  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 59,128,572.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses       281.41 | 3220-000 | | | |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 135.92 | 66,035.06 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 116.85 | 65,918.21 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 98.11 | 65,820.10 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 94.79 | 65,725.31 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 97.80 | 65,627.51 |
| 09/25/17 | 26 | INJECT TEK LLC | SETTLEMENT PER AGREEMENT | 1241-000 | 3,000.00 | | 68,627.51 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 97.65 | 68,529.86 |
| 10/10/17 | 26 | ROMERO PARK PS | SETTLEMENT OF ADVERSARY PER AGR. | 1241-000 | 30,000.00 | | 98,529.86 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 94.94 | 98,434.92 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 130.59 | 98,304.33 |
| 12/14/17 | 26 | Wells & Jarvis | Livernos Motorsports Litigation | 1241-000 | 21,500.00 | | 119,804.33 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 141.56 | 119,662.77 |
| 01/23/18 | 18, 19 | RJ MONTGOMERY | auction proceeds | | 5,765.00 | | 125,427.77 |
| | | RJ MONTGOMERY | Memo Amount:       6,600.00 | 1129-000 | | | |
| | | | auction proceeds | | | | |
| | | RJM | Memo Amount:    (      600.00 ) | 3620-000 | | | |
| | | | Auctioneer expense | | | | |
| | | RJM | Memo Amount:    (      235.00 ) | 3620-000 | | | |
| | | | towing charge | | | | |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 160.50 | 125,267.27 |
| 02/21/18 | 040006 | Union Bay Capital Partners I | payment of 1/2 net proceeds to secured creditor per | 4210-000 | | 2,882.50 | 122,384.77 |
| | | c/o Peder Schmitz | court order | | | | |
| | | 1009 36th Ave. E. | | | | | |
| | | Seattle, WA 98112 | | | | | |
| 03/22/18 | 040007 | INTERNATIONAL SURETIES, LTD. | Bond No. 016027975 | 2300-000 | | 53.54 | 122,331.23 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |

Page Subtotals        60,265.00        4,104.75

Ver: 22.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 15-15312 -TWD |
| Case Name: | WORLD CNG LLC, |
| Taxpayer ID No: | *******1432 |
| For Period Ending: | 10/10/19 |

| | |
|---|---|
| Trustee Name: | JOHN S. PETERSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******7438  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 59,128,572.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/01/18 | 4 | UMPQUA BANK | NON-COLLATERALIZED BANK FUNDS | 1129-000 | 6,616.62 | | 128,947.85 |
| 01/30/19 | 040008 | JOHN S. PETERSON<br>PO BOX 829<br>KINGSTON, WA  98346 | Chapter 7 Compensation/Fees | 2100-000 | | 12,174.58 | 116,773.27 |
| 01/30/19 | 040009 | JOHN S. PETERSON<br>PO BOX 829<br>KINGSTON, WA  98346 | Chapter 7 Expenses | 2200-000 | | 347.79 | 116,425.48 |
| 01/30/19 | 040010 | QUACKENBUSH HANSEN & COGAR<br>PO BOX 625<br>MONROE, WA  98272 | Accountant for Trustee Fees (Other | | | 4,739.29 | 111,686.19 |
| | | | Fees          4,675.00 | 3410-000 | | | |
| | | | Expenses        64.29 | 3420-000 | | | |
| 01/30/19 | 040011 | ALAN WENOKUR<br>WENOKUR RIORDAN PLLC<br>600 STEWART ST. SUITE 1300<br>SEATTLE, WA  98101 | Claim A, Payment 39.70478%<br>ATTORNEY FEES/COSTS | | | 16,544.58 | 95,141.61 |
| | | | Fees         16,450.00 | 3210-000 | | | |
| | | | Expenses        94.58 | 3220-000 | | | |
| 01/30/19 | 040012 | CLERK OF THE US BANKRUPTCY COURT<br>700 STEWART ST., SUITE 6301<br>SEATTLE, WA  98101 | Claim B, Payment 100.00000% | 2700-000 | | 1,050.00 | 94,091.61 |
| 01/30/19 | 040013 | WA Department of Revenue<br>Attn: Doug Houghton<br>2101 4th Ave Ste 1400<br>Seattle, WA 98121-2300 | Claim 07, Payment 100.00000%<br>602861486 | 5800-000 | | 925.00 | 93,166.61 |
| *  01/30/19 | 040014 | King County Treasury Operations<br>Linda Crane Nelsen<br>500 4th Avenue, Room 600<br>Seattle, WA 98104-2340 | Claim 11, Payment 100.00000%<br>(viewable to the court staff) | 5800-003 | | 890.45 | 92,276.16 |

| | | |
|---|---|---|
| Page Subtotals | 6,616.62 | 36,671.69 |

Ver: 22.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-15312 -TWD | Trustee Name: | JOHN S. PETERSON |
| Case Name: | WORLD CNG LLC, | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7438  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1432 | | |
| For Period Ending: | 10/10/19 | Blanket Bond (per case limit): | $ 59,128,572.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/30/19 | 040015 | Clean Energy Finance<br>4675 MacArthur Ct.<br>#800<br>Newport Beach, CA 92660 | Claim 01, Payment 0.39064%<br>(1-1) Outstanding Balance Account<br>ending 1307 | 7100-000 | | 1,313.79 | 90,962.37 |
| | 01/30/19 | 040016 | Altech-Eco INC.<br>101 Fair oaks rd<br>Arden, NC 28704 | Claim 04, Payment 0.39065% | 7100-000 | | 91.88 | 90,870.49 |
| | 01/30/19 | 040017 | COMPOSITE FUNDING GROUP LLC<br>101 SOUTH 214TH<br>SEATTLE, WA 98198 | Claim 05, Payment 0.39064%<br>(5-1) TANKS SOLD BUT NOT YET PAID | 7100-000 | | 2,993.73 | 87,876.76 |
| * | 01/30/19 | 040018 | Thomas S. Dooley<br>dba Principled Solutions<br>4229 Park Drive<br>Olympia, WA 98512 | Claim 06, Payment 0.39064%<br>(6-1) Arbitration Award(6-2)<br>Arbitration Award<br>(viewable to the court staff) | 7100-004 | | 869.54 | 87,007.22 |
| | 01/30/19 | 040019 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 09, Payment 0.39064%<br>ending 6002 | 7100-000 | | 1,042.24 | 85,964.98 |
| | 01/30/19 | 040020 | Peder A. Schmitz<br>1910 Fairview Ave. East, Suite 200<br>Seattle, WA  98102 | Claim 10B, Payment 0.39064% | 7100-000 | | 85,620.14 | 344.84 |
| * | 01/30/19 | 040021 | Iljin Composites Co., Ltd.<br>802-15<br>Yongam-Ri<br>Republic of Korea | Claim 12, Payment 0.39063% | 7100-004 | | 104.69 | 240.15 |
| | 01/30/19 | 040022 | Puget Sound Bank<br>c/o Hugh McCullough<br>Davis Wright Tremaine LLP<br>1201 3rd Avenue, Suite 2200<br>Seattle, WA 98101-3045 | Claim 13, Payment 0.39064%<br>(viewable to the court staff) | 7100-000 | | 109.68 | 130.47 |

| | | Page Subtotals | 0.00 | 92,145.69 | |
|---|---|---|---|---|---|

Ver: 22.02b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:      15-15312 -TWD
Case Name:    WORLD CNG LLC,

Taxpayer ID No: *******1432
For Period Ending: 10/10/19

Trustee Name:    JOHN S. PETERSON
Bank Name:    UNION BANK
Account Number / CD #:   *******7438  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 59,128,572.00
Separate Bond (if applicable):

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/19 | 040023 | Valley Freeway Corporate Park LLC<br>801 Second Ave., Suite 1000<br>Attn: Matt Adamson<br>Seattle, WA 98104 | Claim 14, Payment 0.39065% | 7100-000 | | 130.24 | 0.23 |
| 01/30/19 | 040024 | CLERK OF THE US BANKRUPTCY COURT<br>700 STEWART ST., SUITE 6301<br>SEATTLE, WA  98101 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #   CLAIM #   DIVIDEND<br>=============================<br>9    08    0.23 | 7100-001 | | 0.23 | 0.00 |
| * 05/29/19 | 040014 | King County Treasury Operations<br>Linda Crane Nelsen<br>500 4th Avenue, Room 600<br>Seattle, WA 98104-2340 | Claim 11, Payment 100.00000% | 5800-003 | | -890.45 | 890.45 |
| * 05/31/19 | 040018 | Thomas S. Dooley<br>dba Principled Solutions<br>4229 Park Drive<br>Olympia, WA 98512 | Stop Payment Reversal<br>SA | 7100-004 | | -869.54 | 1,759.99 |
| * 05/31/19 | 040021 | Iljin Composites Co., Ltd.<br>802-15<br>Yongam-Ri<br>Republic of Korea | Stop Payment Reversal<br>SA | 7100-004 | | -104.69 | 1,864.68 |
| 06/04/19 | 040025 | CLERK OF THE US BANKRUPTCY COURT | claim no. 12<br>re-issue unclaimed funds to registry of court | 7100-000 | | 104.69 | 1,759.99 |
| 06/04/19 | 040026 | Thomas S. Dooley<br>4234 Biscay Street NW<br>Olympia, WA  98502 | Claim No. 6 | 7100-000 | | 869.54 | 890.45 |
| 07/08/19 | 040027 | Clean Energy Finance<br>4675 MacArthur Ct.<br>#800<br>Newport Beach, CA 92660 | Claim 01, Payment 0.00377%<br>(1-1) Outstanding Balance Account<br>ending 1307 | 7100-000 | | 12.68 | 877.77 |

Page Subtotals     0.00     -747.30

Ver: 22.02b

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 20)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-15312 -TWD | Trustee Name: | JOHN S. PETERSON |
| Case Name: | WORLD CNG LLC, | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7438  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1432 | | |
| For Period Ending: | 10/10/19 | Blanket Bond (per case limit): | $ 59,128,572.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/19 | 040028 | COMPOSITE FUNDING GROUP LLC<br>101 SOUTH 214TH<br>SEATTLE, WA 98198 | Claim 05, Payment 0.00377%<br>(5-1) TANKS SOLD BUT NOT YET PAID | 7100-000 | | 28.89 | 848.88 |
| * 07/08/19 | 040029 | Thomas S. Dooley<br>dba Principled Solutions<br>4229 Park Drive<br>Olympia, WA 98512 | Claim 06, Payment 0.00376%<br>(6-1) Arbitration Award(6-2)<br>Arbitration Award<br>(viewable to the court staff) | 7100-004 | | 8.38 | 840.50 |
| 07/08/19 | 040030 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 09, Payment 0.00377%<br>ending 6002 | 7100-000 | | 10.06 | 830.44 |
| 07/08/19 | 040031 | Peder A. Schmitz<br>1910 Fairview Ave. East, Suite 200<br>Seattle, WA  98102 | Claim 10B, Payment 0.00377% | 7100-000 | | 826.24 | 4.20 |
| 07/08/19 | 040032 | CLERK OF THE US BANKRUPTCY COURT<br>700 STEWART ST., SUITE 6301<br>SEATTLE, WA  98101 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #         DIVIDEND<br>===============================<br> 5          04          0.88<br>14          12          1.01<br>15          13          1.06<br>16          14          1.25 | <br><br><br><br>7100-001<br>7100-001<br>7100-001<br>7100-001 | | 4.20 | 0.00 |
| * 09/10/19 | 040029 | Thomas S. Dooley<br>dba Principled Solutions<br>4229 Park Drive<br>Olympia, WA 98512 | Stop Payment Reversal<br>SA | 7100-004 | | -8.38 | 8.38 |
| 09/24/19 | 040033 | Thomas S. Dooley<br>4234 Biscay Street NW<br>Olympia, WA  98502 | Final Payment | 7100-000 | | 8.38 | 0.00 |

| | Page Subtotals | 0.00 | 877.77 |

Ver: 22.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        15-15312 -TWD
Case Name:      WORLD CNG LLC,

Taxpayer ID No: *******1432
For Period Ending: 10/10/19

Trustee Name:   JOHN S. PETERSON
Bank Name:      UNION BANK
Account Number / CD #:   *******7438  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $ 59,128,572.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 33,850.00 | COLUMN TOTALS | | 166,279.59 | 166,279.59 | 0.00 |
| | Memo Allocation Disbursements: | 12,212.03 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 166,279.59 | 166,279.59 | |
| | Memo Allocation Net: | 21,637.97 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 166,279.59 | 166,279.59 | |
| | Total Allocation Receipts: | 33,850.00 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 12,212.03 | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *********7438 | | 166,279.59 | 166,279.59 | 0.00 |
| | Total Memo Allocation Net: | 21,637.97 | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 166,279.59 | 166,279.59 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 22.02b